

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

STERN, LAVINTHAL & FRANKENBERG, LLC
105 Eisenhower Parkway, Suite 302
Roseland, NJ 07068
Phone: (973) 797-1100
Fax: (973) 228-2679
Attorney for Secured Creditor,
Seterus, Inc., as authorized sub-servicer for Federal National Mortgage Association
By: Jeanette F. Frankenberg, Esq.
    Ashley L. Rose, Esq.

Order Filed on November 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Celia R Frederick

Debtor(s).

Case No.: 15-27858-MBK

Chapter: 13

Hearing Date: November 7, 2017

Judge: Michael B. Kaplan

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: November 20, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page | 2
Debtor: Celia R Frederick
Case No: 15-27858-MBK
Caption: Consent Order Resolving Motion to Vacate Stay

Applicant: Seterus, Inc.
Applicant's Counsel: Stern Lavinthal & Frankenberg, LLC
Debtor's Counsel: Daniel E. Straffi, Esq.
Property Involved ("Collateral"): 22 Westbrook Drive, Toms River, NJ 08757

Relief sought:
- ✓ Motion for relief from the automatic stay
- Motion to dismiss
- Motion for prospective relief to prevent imposition of automatic stay

against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   - The Debtor is overdue for 6 months, from May 1, 2017 to October 1, 2017.

   - The Debtor is overdue for 6 payments at $696.13 per month.

   - Less Funds held in debtor(s) suspense $678.64

   Total Arrearages Due $3,498.14.

2. Debtor must cure all post-petition arrearages, as follows:

   - Beginning on November 1, 2017, regular monthly mortgage payments shall continue to be made in the amount $696.13.

   - Beginning on December 1, 2017, additional monthly cure payments shall be made in the amount of $583.02 per month for 6 months.

3. Payments to the Secured Creditor shall be made to the following address(es):

   - ✓ Regular monthly payment: Seterus, Inc.
     P.O. Box 11790
     Newark, NJ 07101-4790

   - ✓ Monthly cure payment: Seterus, Inc.
     P.O. Box 11790
     Newark, NJ 07101-4790

In the event of Default:

If the Debtors fail to make the immediate payment specified above or fail to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

4. Award of Attorneys' Fees:

✓ The Applicant is awarded attorneys fees of $350.00, and costs of $181.00.
The fees and costs are payable through the Chapter 13 plan.

The undersigned hereby consent to the form and entry of the foregoing order

Daniel E. Straffi, Esq.
Attorney for the Debtors

/s/ Jeanette F. Frankenberg
/s/ Ashley L. Rose
Jeanette F. Frankenberg, Esq.
Ashley L. Rose, Esq.
Attorney for Secured Creditor