UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  : Case no.: 15-27858
Celia R Frederick  : Chapter: 7
  : Judge: Kaplan
Debtor(s)  :

## CERTIFICATION OF NO OBJECTION

I  Gary A. Nau , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
22 Westbrook Drive, Toms River, NJ

JEANNE A. NAUGHTON, Clerk

Date: 7/24/2018            By: Gary A. Nau

*rev.2/10/17*